# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MARK WASHINGTON, AS TRUSTEE FOR WATERBURY TRUST, | § § § § | |
| Plaintiff, | § § | **CIVIL ACTION NO.** 4:16-CV-702 |
| v. | § § | JUDGE MAZZANT/JUDGE JOHNSON |
| JPMORGAN CHASE BANK, N.A. | § § § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 27, 2017, the Report of the Magistrate Judge (Dkt. #7) was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss for Failure to State a Claim (Dkt. #4) be granted.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (Dkt. #4) is **GRANTED**, and this case is **DISMISSED** with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
SIGNED this 14th day of March, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE